**Order entered October 31, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00039-CV

**TRACEY B. THOMPSON, Appellant**

**V.**

**MARTIN F. GAINES, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09781**

### ORDER

We **REINSTATE** this appeal which we abated for the trial court to conduct a hearing to determine if the reporter's record accurately discloses what occurred in the trial court. Although it appears the hearing has been held, the written findings the trial court was to make have not yet been filed in a supplemental clerk's record as we directed in our September 12, 2022 order abating the appeal. The reporter's record of the hearing has also not been filed as we directed. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre and Terri

Etekochay, Official Court Reporter for the 101st Judicial District Court, to file their respective record **no later than November 15, 2022.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Staci Williams, Presiding Judge of the 101st Judicial District Court; Ms. Pitre; Ms. Etekochay; and, the parties.

/s/     BILL PEDERSEN, III
JUSTICE